# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132275

MELVINA SEYFRIED,
            Plaintiff-Appellee,

v

BRUCE SEYFRIED,
            Defendant-Appellant,

and

DONALD SEYFRIED and LISA SEYFRIED,
            Defendants-Appellees.
_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132275
COA: 270171
Clinton CC: 05-009930-CK

On order of the Court, the application for leave to appeal the September 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

s1218